AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>WRIGHT, SUSAN W. | 2. Court or Organization<br><br>EASTERN DISTRICT OF ARKANSAS | 3. Date of Report<br><br>05/07/2021 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. DISTRICT JUDGE (Senior) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
600 W. CAPITOL AVE., SUITE 522
LITTLE ROCK, AR 72201

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WRIGHT, SUSAN W.** | 05/07/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Antonin Scalia Law School, George Mason University | 02/01/2020 to 02/05/2020 | Key West, FL | Law and Economics Seminar | Airfare, hotel and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WRIGHT, SUSAN W.** | 05/07/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Simmons Bank Account | A | Interest | L | T | | | | | |
| 2. | Brokerage Acct. WF7-2943 (IRA) (H) | | | | | | | | | |
| 3. | - Money Market - Wells Fargo | A | Interest | K | T | | | | | |
| 4. | - ISHARES ETF PFD & INCOME SECS PFF | C | Dividend | L | T | Buy (add'l) | 01/06/20 | J | | |
| 5. | | | | | | Sold (part) | 03/20/20 | K | | |
| 6. | | | | | | Sold (part) | 07/06/20 | J | | |
| 7. | - PIMCO FDS INCOME FD INSTL CL | B | Dividend | | | Buy (add'l) | 01/06/20 | J | | |
| 8. | | | | | | Sold (part) | 01/28/20 | J | | |
| 9. | | | | | | Sold | 03/17/20 | M | | |
| 10. | - DOUBLELINE FDS TR TOTAL RETURN BD FD CL I | B | Dividend | L | T | Buy (add'l) | 01/16/20 | J | | |
| 11. | | | | | | Sold (part) | 03/24/20 | K | | |
| 12. | | | | | | Buy (add'l) | 07/06/20 | J | | |
| 13. | | | | | | Buy (add'l) | 11/16/20 | J | | |
| 14. | - VANGUARD TOTAL STOCK ETF MARKET ETF | | None | | | Sold (part) | 01/16/20 | J | B | |
| 15. | | | | | | Sold (part) | 03/10/20 | K | | |
| 16. | | | | | | Sold | 03/13/20 | K | | |
| 17. | - DOUBLELINE FDS TR SHILLER ENHANCED CAPE CL I | A | Dividend | | | Sold (part) | 01/16/20 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 03/18/20 | K | | |
| 19. - FIRST TRUST MORNINGSTRETF DIVIDEND LEADERS INDEX ETF | | None | | | Sold | 02/26/20 | K | B | |
| 20. - ISHARES EDGE MSCI ETF USA QUALITY FACTOR ETF | A | Dividend | | | Sold (part) | 01/16/20 | J | A | |
| 21. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 22. | | | | | Sold (part) | 04/03/20 | K | A | |
| 23. | | | | | Sold | 07/06/20 | K | D | |
| 24. - ISHARES EDGE MSCI ETF MIN VOL USA ETF | B | Dividend | L | T | Buy (add'l) | 01/16/20 | J | | |
| 25. | | | | | Sold (part) | 03/20/20 | J | | |
| 26. | | | | | Buy (add'l) | 07/06/20 | K | | |
| 27. | | | | | Sold (part) | 11/16/20 | J | A | |
| 28. - INVESCO TR II ETF S&P MIDCAP LOW VOLATILITY | A | Dividend | | | Sold | 03/20/20 | K | | |
| 29. | | | | | Buy | 06/03/20 | K | | |
| 30. | | | | | Sold | 07/06/20 | K | | |
| 31. - PROSHARES TR ETF S&P MIDCAP 400 DIVID ARISTOCRATS | A | Dividend | | | Sold | 03/20/20 | K | | |
| 32. - PROSHARES S&P 500 ETF DIVIDEND A | A | Dividend | | | Sold (part) | 01/16/20 | J | A | |
| 33. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 34. | | | | | Sold (part) | 04/03/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 07/06/20 | K | D | |
| 36. - VANGUARD INTL EQUITY ETF INDEX FDS FTSE EMERGING MKTS ETF | | None | | | Sold (part) | 01/16/20 | J | A | |
| 37. | | | | | Sold (part) | 03/13/20 | K | | |
| 38. | | | | | Sold | 03/20/20 | K | | |
| 39. - VANGUARD INTL EQTY INDEX FDS ETSE ALL WORLD EX US | | None | | | Sold (part) | 01/16/20 | J | A | |
| 40. | | | | | Sold (part) | 03/13/20 | K | | |
| 41. | | | | | Sold | 03/20/20 | K | | |
| 42. - SPDR GOLD TRUST ETF | | None | M | T | Sold (part) | 01/16/20 | J | A | |
| 43. | | | | | Buy (add'l) | 02/26/20 | K | | |
| 44. | | | | | Sold (part) | 07/06/20 | J | B | |
| 45. | | | | | Buy (add'l) | 11/16/20 | J | | |
| 46. - UBS AG JERSEY BRH ETN E-TRACS LKD TO ALERIAN MLP INFRSTRE | A | Interest | | | Buy (add'l) | 01/22/20 | J | | |
| 47. | | | | | Sold | 03/10/20 | K | | |
| 48. - PIMCO FDS PAC INVT MMT STOCKPLUS ABSOLUTE RETURN FD INSTL CL | A | Dividend | | | Sold (part) | 01/16/20 | J | A | |
| 49. | | | | | Sold | 03/17/20 | K | | |
| 50. - PGIM TOTAL RETURN BOND CL Z | B | Dividend | L | T | Sold (part) | 03/24/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 52. | | | | | Buy (add'l) | 11/16/20 | J | | |
| 53.    - ISHARES CORE U.S. AGGREGATE BOND ETF | A | Dividend | L | T | Buy | 03/10/20 | K | | |
| 54. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 55. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 56. | | | | | Buy (add'l) | 11/16/20 | J | | |
| 57.    - AMAZON COM INC | | None | K | T | Buy | 03/20/20 | K | | |
| 58. | | | | | Sold (part) | 07/06/20 | K | D | |
| 59. | | | | | Buy (add'l) | 11/16/20 | J | | |
| 60.    - ISHARES 7-10 YR TREASURY BOND ETF | A | Dividend | L | T | Buy | 03/20/20 | K | | |
| 61. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 62. | | | | | Buy (add'l) | 11/16/20 | J | | |
| 63.    - ISHARES 1-3 YR TREASURY BOND ETF | A | Dividend | | | Buy | 03/20/20 | K | | |
| 64. | | | | | Sold | 07/06/20 | K | A | |
| 65.    - SPDR S&P 500 TRUST ETF | | None | | | Buy | 03/20/20 | K | | |
| 66. | | | | | Sold | 04/03/20 | K | B | |
| 67.    - SPDR SER TR SPDR BLOOMBERG BARCLAYS 1-3 MNTH T BILL ETF | A | Dividend | | | Buy | 03/20/20 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. | | | | | | Sold | 07/06/20 | L | | |
| 69. | - VANGUARD TOTAL INTL STOCK INDEX FUND ETF | B | Dividend | L | T | Buy | 03/20/20 | K | | |
| 70. | | | | | | Sold (part) | 07/06/20 | J | C | |
| 71. | | | | | | Sold (part) | 11/16/20 | J | A | |
| 72. | - KROGER COMPANY COMMON | A | Dividend | | | Buy | 04/03/20 | K | | |
| 73. | | | | | | Sold | 07/06/20 | K | A | |
| 74. | - WALMART INC | A | Dividend | | | Buy | 04/03/20 | K | | |
| 75. | | | | | | Sold | 07/06/20 | K | A | |
| 76. | - ISHARES GOLD TRUST ETF | | None | L | T | Buy | 07/06/20 | L | | |
| 77. | | | | | | Buy (add'l) | 11/16/20 | J | | |
| 78. | - ISHARES EDGE MSCI MOMENTUM FACTOR ETF | A | Dividend | L | T | Buy | 07/06/20 | L | | |
| 79. | | | | | | Sold (part) | 11/16/20 | J | A | |
| 80. | - SELECT SECTOR SPDR UTILITIES SELECT SECTOR ETF | A | Dividend | K | T | Buy | 07/06/20 | K | | |
| 81. | | | | | | Sold (part) | 11/16/20 | J | A | |
| 82. | - SECTOR SPDR TR TECHNOLOGY SELECT SECTOR ETF | A | Dividend | K | T | Buy | 07/06/20 | K | | |
| 83. | | | | | | Sold (part) | 11/16/20 | J | A | |
| 84. | - VANGUARD INDEX FDS S&P 500 ETF SHS NEW | A | Dividend | L | T | Buy | 07/06/20 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | Sold (part) | 11/16/20 | J | A | |
| 86. - INTEL CORP | A | Dividend | | | Buy | 07/24/20 | K | | |
| 87. | | | | | Sold | 11/16/20 | K | | |
| 88. - PFIZER INCORPORATED | A | Dividend | K | T | Buy | 07/24/20 | K | | |
| 89. | | | | | Buy (add'l) | 11/16/20 | J | | |
| 90. - VIATRIS INC COM (SPIN-OFF FROM PFIZER INCORPORATED) | | None | | | Spinoff (from line 88) | 11/17/20 | J | | |
| 91. | | | | | Sold | 11/18/20 | J | A | |
| 92. - JPMORGAN CHASE & CO | | None | K | T | Buy | 11/16/20 | K | | |
| 93. - FIDELITY INVESTMENTS MONEY MARKET FDS INSTL | A | Dividend | | | Buy | 03/23/20 | L | | |
| 94. | | | | | Sold (part) | 06/03/20 | K | | |
| 95. | | | | | Sold | 07/06/20 | K | | |
| 96. - PGIM HIGH YIELD CL Z | B | Dividend | L | T | Buy | 06/03/20 | K | | |
| 97. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 98. - JOHN HANCOCK FUNDS INTERNATIONAL GROWTH I | A | Dividend | L | T | Buy | 07/06/20 | L | | |
| 99. | | | | | Sold (part) | 11/16/20 | J | A | |
| 100. - PGIM SHORT-TERM CORP BOND CL Z | A | Dividend | K | T | Buy | 11/16/20 | K | | |
| 101. WA Brok.Acct.6 (2931) (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 102. - Wells Fargo Bank Co. Money Mkt. Acct. | A | Interest | K | T | | | | | |
| 103. - University Cent AR Rev Rfdg Stdnt Fee Ser B B/E CPN 3.25%, 9/1/23 | A | Interest | | | Redeemed | 09/01/20 | J | A | |
| 104. - VI&A CoSmartDesignVariable Annuity - VY T. Rowe Price Capital Appre | A | Interest | L | T | | | | | |
| 105. - DILLARDS CAP TR I 7.5%, 8/1/38 | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WRIGHT, SUSAN W.** | 05/07/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Investments and Trusts:

Line 2 - A heading for an IRA account.  The underlying assets are reported on lines 3 through 100.

Line 101 - A heading for a brokerage account.  The underlying assets are reported separately on lines 102 through 105, including the income, year-end values and transactions.

Line 104 - The Venerable Ins & Ann Co (formerly Voya) Smart Design Variable Annuity is 100% invested in VY T. Rowe Price Capital Appreciation sub fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SUSAN W. WRIGHT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544